```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 20-10638-elf
Khalid Mulusa Rajab                                                 Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Belinda                Page 1 of 3      Date Rcvd: Apr 09, 2020
                              Form ID: 309I                Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
db             +Khalid Mulusa Rajab,    300 Golf Road,    Darby, PA 19023-1319
14460977       +Aafcu,    Pob 619001,    Dallas, TX 75261-9001
14460988       +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14460989        Clearview Federal Cu,    1453 Beers School,    Coraopolis, PA 15108
14460990       +Credence Resource Mana,    Po Box 2300,    Southgate, MI 48195-4300
14460991        Elan Fin Svc,    Cb Disputes,    Saint Louis, MO 63166
14485274        Emergency Care Service of PA, P.C.,    PO Box 1123,    Minneapolis, MN 55440-1123
14472505       +Franklin Mint Federal Credit Union,    Robert J. Crawley, Esquire,    1835 Market Street,
                 Suite 1400,    Philadelphia, PA 19103-2945
14461004       +Midland Funding,    320 East Big Beaver,    Troy, MI 48083-1271
14461007       +Ok Student Loan Author,    525 Central Park Drive,    Oklahoma City, OK 73105-1723
14461014       +Police &fire,    901 Arch Street,    Philadelphia, PA 19107-2404
14461017       +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
14479926       +Police and Fire Federal Credit Union,    Greenwood One,    3333 Street Road,
                 Bensalem, PA 19020-2022
14461026       +Simmons Bank,    P.o.b 6609,    Pine Bluff, AR 71611-6609
14490172       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14461037        Wffnb/raymour & Faniga,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
14460985        bli rentals,    p.o box 66801,    emporia, KS 66801
14460986       +borough of darby,    p.o box 604,    media, PA 19063-0604
14460993       +fafsa,    P.O. Box 7652,    london, KY 40742-7652
14460998        home deport,    p.o box 182676,    columbus, OH 43218-2676
14460999        hrrg,    p.o box 8486,    coral springs, FL 33075-8486
14461002       +katzkin,    6868 w. acco street,    montebello, CA 90640-5441
14461003        labcorp of american,    p.o box 2240,    burlington, NC 27216-2240
14461005       +monarch recovery management,    p.o box 986,    bensalem, PA 19020-0986
14461006       +mrrsllc,    p.o box 1391,    media, PA 19063-8391
14461011       +paypal,    p.o box 986,    bensalem, PA 19020-0986
14461012        pffcu,    p.o box 37603,    philadelphia, PA 19101-0603
14461024        school taxes,    p.o box 8205,    philadelphia, PA 19170-8205
14461025        simmons bank,    p.o box 6609,    pine bluff, AZ 71611-6609
14461035        unemployment center,    p.o box 67503,    harrisburg, PA 17106-7503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: BrianEvesLaw@gmail.com Apr 10 2020 04:49:33      BRIAN C. EVES,
                 Law Offices of Brian C. Eves,    P.O. Box 0713,    New Hope, PA 18938-0713
tr             +E-mail/Text: bncnotice@ph13trustee.com Apr 10 2020 04:51:50      WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Apr 10 2020 04:51:25      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 10 2020 04:50:58      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 10 2020 04:50:38      United States Trustee,
                 Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14473904        EDI: PHINAMERI.COM Apr 10 2020 08:13:00      Americredit Financial Services, Inc.,
                 Dba GM Financial,    P.O Box 183853,    Arlington, TX 76096
14460978       +E-mail/Text: backoffice@affirm.com Apr 10 2020 04:51:59      Affirm Inc,
                 650 California St Fl 12,    San Francisco, CA 94108-2716
14491660        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 10 2020 04:48:51
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14460984       +EDI: TSYS2.COM Apr 10 2020 08:13:00      Barclays Bank Delaware,    P.o. Box 8803,
                 Wilmington, DE 19899-8803
14481111       +EDI: AIS.COM Apr 10 2020 08:13:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14460987       +EDI: CAPITALONE.COM Apr 10 2020 08:13:00      Capital One Bank Usa N,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
14460995        E-mail/Text: MemberSolutionsEmailGroup@fmfcu.org Apr 10 2020 04:49:37      Franklin Mint Fcu Il,
                 5 Hillman Drive,    Chadds Ford, PA 19317
14460994        E-mail/Text: MemberSolutionsEmailGroup@fmfcu.org Apr 10 2020 04:49:37      fmfcu,
                 5 hillman drive ste 100,    chadds ford, PA 19317
14461000        EDI: IRS.COM Apr 10 2020 08:13:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA  19101-7346
14485508       +EDI: MID8.COM Apr 10 2020 08:13:00      Midland Credit Management, Inc.,    PO Box 2011,
                 Warren, MI 48090-2011
14465887        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2020 04:50:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
14486084        EDI: Q3G.COM Apr 10 2020 08:13:00      Quantum3 Group LLC as agent for,
                 Crown Asset Management LLC,    PO Box 788,    Kirkland, WA  98083-0788
14461028       +E-mail/Text: consumerlending@sunfcu.org Apr 10 2020 04:50:54      Sun Federal Credit Uni,
                 1627 Holland Rd,    Maumee, OH 43537-1622
```

```
District/off: 0313-2         User: Belinda           Page 2 of 3             Date Rcvd: Apr 09, 2020
                             Form ID: 309I           Total Noticed: 59


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14461029         +EDI: RMSC.COM Apr 10 2020 08:13:00      Syncb/care Credit,    C/o Po Box 965036,
                  Orlando, FL 32896-0001
14461030         +EDI: RMSC.COM Apr 10 2020 08:13:00      Syncb/lumber Liquidato,    C/o Po Box 965036,
                  Orlando, FL 32896-0001
14461031         +EDI: RMSC.COM Apr 10 2020 08:13:00      Syncb/ppc,    Po Box 965005,    Orlando, FL 32896-5005
14492534         +EDI: RMSC.COM Apr 10 2020 08:13:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk VA 23541-1021
14467240         +EDI: AIS.COM Apr 10 2020 08:13:00      T Mobile/T-Mobile USA Inc,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14461032          EDI: TDBANKNORTH.COM Apr 10 2020 08:13:00      Td Bank N.a.,    Po Box 219,    Lewiston, ME 04243
14461034          EDI: TFSR.COM Apr 10 2020 08:13:00      toyota financial services,    p.o box 5855,
                  carol stream, IL 60197-5855
14461033         +EDI: CITICORP.COM Apr 10 2020 08:13:00      Thd/cbna,    Po Box 6497,
                  Sioux Falls, SD 57117-6497
14460992          EDI: USBANKARS.COM Apr 10 2020 08:13:00      Elan Financial Service,    Po Box 108,
                  Saint Louis, MO 63166
14461036         +EDI: BLUESTEM Apr 10 2020 08:13:00      Webbank/fingerhut,    6250 Ridgewood Road,
                  Saint Cloud, MN 56303-0820
14460997          EDI: PHINAMERI.COM Apr 10 2020 08:13:00       gm financial,    p.o box 183834,
                  arlington, TX 76096-3834
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +WILLIAM C. MILLER, Esq.,    Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA   17128-0946
14460979*       +Affirm Inc,    650 California St Fl 12,    San Francisco, CA 94108-2716
14460980*       +Affirm Inc,    650 California St Fl 12,    San Francisco, CA 94108-2716
14460981*       +Affirm Inc,    650 California St Fl 12,    San Francisco, CA 94108-2716
14460982*       +Affirm Inc,    650 California St Fl 12,    San Francisco, CA 94108-2716
14460983*       +Affirm Inc,    650 California St Fl 12,    San Francisco, CA 94108-2716
14460996*      ++FRANKLIN MINT FCU ERIN MOORE,    ATTN MEMBER SOLUTIONS,    5 HILLMAN DRIVE,    SUITE 100,
                  CHADDS FORD PA 19317-9752
                 (address filed with court: Franklin Mint Fcu Il,    5 Hillman Drive,    Chadds Ford, PA 19317)
14461008*       +Ok Student Loan Author,    525 Central Park Drive,    Oklahoma City, OK 73105-1723
14461009*       +Ok Student Loan Author,    525 Central Park Drive,    Oklahoma City, OK 73105-1723
14461010*       +Ok Student Loan Author,    525 Central Park Drive,    Oklahoma City, OK 73105-1723
14461015*       +Police &fire,    901 Arch Street,    Philadelphia, PA 19107-2404
14461016*       +Police &fire,    901 Arch Street,    Philadelphia, PA 19107-2404
14461018*       +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
14461019*       +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
14461020*       +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
14461021*       +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
14461022*       +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
14461023*       +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
14461027*       +Simmons Bank,    P.o.b 6609,    Pine Bluff, AR 71611-6609
14461001*        irs,    irs,    fresno, CA 93888-0419
14461013*        pffcu,    p.o box 37603,    philadelphia, PA 19101-0603
                                                                                         TOTALS: 0, * 22, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Belinda              Page 3 of 3                   Date Rcvd: Apr 09, 2020
                               Form ID: 309I              Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:

```
          BRIAN C. EVES    on behalf of Debtor Khalid Mulusa Rajab BrianEvesLaw@gmail.com
          CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
           cbrennan@klehr.com, swenitsky@klehr.com
          MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. lgadomski@schillerknapp.com,
           kcollins@schillerknapp.com
          ROBERT J. CRAWLEY    on behalf of Creditor    Franklin Mint Federal Credit Union rcrawley@klehr.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 7
```

| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Khalid Mulusa Rajab** | | | Social Security number or ITIN | xxx–xx–1903 |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | | Social Security number or ITIN | _ _ _ _ |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | | Date case filed for chapter 13 | 1/31/20 |
| Case number: | 20–10638–elf | | | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                        12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Khalid Mulusa Rajab | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 300 Golf Road<br>Darby, PA 19023 | |
| 4. | **Debtor's attorney**<br>Name and address | BRIAN C. EVES<br>Law Offices of Brian C. Eves<br>P.O. Box 0713<br>New Hope, PA 18938–0713 | Contact phone 215 200–6389<br>Email: BrianEvesLaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 4/9/20 |

**\*\*AMENDED MEETING NOTICE DUE TO CHANGE IN LOCATION\*\***

**For more information, see page 2**

Debtor **Khalid Mulusa Rajab**                                                                                              Case number **20–10638–elf**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 27, 2020 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via telephonic conference. All interested, parties shall contact the Trustee, for connection details** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/31/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/10/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/29/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $333.88 per month for 36 months. The plan is enclosed.<br>The hearing on confirmation will be held on:<br>**4/21/20** at **10:00 AM** , Location: **Courtroom #1, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |