# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Khalid Mulusa Rajab                    CHAPTER 13
                Debtor(s)

                                              BKY. NO. 20-10638 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                            Respectfully submitted,
                                            **/s/ Rebecca A. Solarz Esquire**
                                            Rebecca A Solarz, Esquire
                                            Kevin G. McDonald, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322