UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                    Bankr. Case No. 20-10638-ELF-13

Khalid Rajab                                                                         Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                            Bankr. Case No. 20-10638-ELF-13

Khalid Rajab                                                                                  Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on April 14, 2020 :

    BRIAN C. EVES                                 William Miller
    P.O. Box 0713                                     583 Bourse Building
    New Hope, PA 18938-0713            111 So. Independence
                                                             Philadelphia, PA 19106

By  /s/ Mandy Youngblood
      Mandy Youngblood

xxxxx63467 / 1012144