# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-10638-ELF

KHALID MULUSA RAJAB

300 GOLF RD.

DARBY, PA 19023-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KHALID MULUSA RAJAB

300 GOLF RD.

DARBY, PA 19023-

Counsel for debtor(s), by electronic notice only.

BRIAN C EVES ESQ
P.O. BOX 0713

NEW HOPE, PA 18938-0713

Date: 5/14/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee