# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KHALID MULUSA RAJAB,<br><br>Debtor | Chapter 13<br><br>Case No. 20-10638 (ELF) |

## CERTIFICATE OF SERVICE FOR THE
## OBJECTION OF FRANKLIN MINT FEDERAL CREDIT UNION TO
## CONFIRMATION OF DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN

I, Robert J. Crawley, Esquire, hereby certify that I did cause a true and correct copy of the foregoing Objection of FMFCU to Confirmation of the Debtor's First Amended Chapter 13 Plan to be served on this May 21, 2020 upon the following parties via the CM/ECF System of this Court, and on this May 21, 2020 upon the following parties in interest via U.S. Mail:

<u>Via U.S. Mail</u>
Khalid Mulusa Rajab
300 Golf Road
Darby, PA 19023

<u>Via CM/ECF</u>
William C. Miller
ecfemails@ph13trustee.com
philaecf@gmail.com

The Law Offices of Brian C. Eves
Brian C. Eves, Esq.
brianeveslaw@gmail.com

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

PHIL1 8696044v.1

KLEHR | HARRISON | HARVEY| BRANZBURG LLP

By: <u>*/s/Robert J. Crawley*</u>
Corinne Samler Brennan, Esquire
Robert J. Crawley, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-2498

*Counsel to*
*Franklin Mint Federal Credit Union*