**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ; | Chapter 13 |
| | ; | |
| Khalid Mulusa Rajab | ; | |
| | ; | 20- 10638-elf |
| Debtor | ; | |
| | ; | |

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE
WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) AND (a)(9)**

I, Brian C. Eves, Esq., upon my oath and according to law, hereby certify as follows in connection with the confirmation hearing scheduled for July 28, 2020, in the above-referenced case:

1. The above-named debtor will be able to make all payments under the plan and to comply with the plan.

2. The above-named debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtors have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor, counsel certifies that debtor was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

Date:  7/24/2020              By: /s/  Brian C. Eves, Esq_____
                                   Counsel for Debtor
                                   PA Bar ID 92705
                                   3805 Old Easton Rd
                                   Doylestown, PA 18902
                                   215-200-6389