IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KHALID MULUSA RAJAB<br><br>        Debtor | Chapter 13<br><br>Case No. 20-10638 (ELF) |

**PRAECIPE TO WITHDRAW OBJECTION OF
FRANKLIN MINT FEDERAL CREDIT UNION TO CONFIRMATION
OF DEBTOR'S CHAPTER 13 PLAN FILED FEBRUARY 28, 2020**

Kindly withdraw the Objection of Franklin Mint Federal Credit Union to Confirmation of Debtor's Chapter 13 Plan filed February 28, 2020 (Doc. No. 14), without prejudice.

       Respectfully submitted:

       KLEHR | HARRISON | HARVEY|
       BRANZBURG LLP


    By:  */s/Robert J. Crawley*
       Robert J. Crawley, Esquire
       1835 Market Street, Suite 1400
       Philadelphia, PA  19103
       Telephone: (215) 569-2498

       *Counsel to Franklin Mint Federal Credit Union*

Dated: July 27, 2020