**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>KHALID MULUSA RAJAB<br><br>Debtor | Chapter 13<br><br>Case No. 20-10638 (ELF) |

**PRAECIPE TO WITHDRAW OBJECTION OF**
**FRANKLIN MINT FEDERAL CREDIT UNION TO CONFIRMATION**
**OF DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN FILED MAY 21, 2020**

Kindly withdraw the Objection of Franklin Mint Federal Credit Union to Confirmation of Debtor's First Amended Chapter 13 Plan filed May 21, 2020 (Doc. No. 28), without prejudice.

Respectfully submitted:

KLEHR | HARRISON | HARVEY |
BRANZBURG LLP

By:    /s/Robert J. Crawley
Robert J. Crawley, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA  19103
Telephone: (215) 569-2498

*Counsel to Franklin Mint Federal Credit Union*

Dated: July 27, 2020

PHIL1 9046165v.1