**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ; | **Chapter 13** |
| | ; | |
| **Khalid Mulusa Rajab** | ; | |
| | ; | **20- 10638-elf** |
| **Debtor** | ; | |
| | ; | |

---

**CERTIFICATE OF SERVICE- FIRST AMENDED CHAPTER 13 PLAN**

I, Brian C. Eves, Esquire, hereby certify that a copy of above-captioned Debtors'

Third Amended Chapter 13 Plan with respect to the above-captioned bankruptcy case was

served via Electronic Filing (ECF) only on July 28, 2020, upon the

following individuals:

CORINNE SAMLER BRENNAN on behalf of Creditor Franklin Mint Federal Credit Union
cbrennan@klehr.com,  swenitsky@klehr.com

ROBERT J. CRAWLEY on behalf of Creditor Franklin Mint Federal Credit Union
rcrawley@klehr.com

BRIAN C. EVES on behalf of Debtor Khalid Mulusa Rajab
BrianEvesLaw@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com,  philaecf@gmail.com

WILLIAM C. MILLER, Esq. on behalf of Trustee WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com,  philaecf@gmail.com

MARTIN A. MOONEY on behalf of Creditor TD BANK, N.A.
lgadomski@schillerknapp.com,  kcollins@schillerknapp.com

REBECCA ANN SOLARZ on behalf of Creditor Toyota Motor Credit Corporation
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**20-10638-elf Notice will not be electronically mailed to:**

Americredit Financial Services, Inc. Dba GM Financial
P.O Box 183853
Arlington, TX 76096


Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

IRS
Austin, TX 73301-0010




DATED:      July 27, 2020_____          By:     __/s/ Brian C. Eves_____
                                                   Brian C. Eves, Esquire
                                                   Attorney for Debtor:
                                                      Khalid Rajab
                                                   3805 Old Easton Rd
                                                   Doylestown, PA 18938
                                                   PA ID:  92705