**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ;  Chapter 13 |
| | ; |
| **Khalid Mulusa Rajab** | ; |
| | ;  20- 10638-elf |
| Debtor | ; |
| | ; |

### CERTIFICATE OF SERVICE- FOURTH AMENDED CHAPTER 13 PLAN

I, Brian C. Eves, Esquire, hereby certify that a copy of above-captioned Debtors'

Fourth Amended Chapter 13 Plan with respect to the above-captioned bankruptcy case was

served via Electronic Filing (ECF) and United States Postal Serviced on September 21,

2020, upon the following:

CORINNE SAMLER BRENNAN on behalf of Creditor Franklin Mint Federal Credit Union
cbrennan@klehr.com,  swenitsky@klehr.com

ROBERT J. CRAWLEY on behalf of Creditor Franklin Mint Federal Credit Union
rcrawley@klehr.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com,  philaecf@gmail.com

WILLIAM C. MILLER, Esq. on behalf of Trustee WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com,  philaecf@gmail.com

MARTIN A. MOONEY on behalf of Creditor TD BANK, N.A.
lgadomski@schillerknapp.com,  kcollins@schillerknapp.com

REBECCA ANN SOLARZ on behalf of Creditor Toyota Motor Credit Corporation
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**20-10638-elf Notice will not be electronically mailed to:**

Americredit Financial Services, Inc. Dba GM Financial
P.O Box 183853
Arlington, TX 76096

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

IRS
PO Box 7346
Philadelphia, PA 19101-7346

DATED:         September 21, 2020_____          By:__/s/ Brian C.Eves_____
                                                                                    Brian C. Eves, Esquire
                                                                                      Attorney for Debtor:
                                                                                         Khalid Rajab
                                                                                    3805 Old Easton Rd
                                                                                    Doylestown, PA 18938
                                                                                    PA ID:  92705