**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | Khalis Mulusa Rajab | : | CHAPTER 13 |
| | | : | |
| | Debtor | : | |
| | | : | 20-10638-elf |
| | | : | |

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE
WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) AND (a)(9)**

I, Brian C. Eves, Esq., upon my oath and according to law, hereby certify as follows in connection with the confirmation hearing scheduled for October 20, 2020, in the above-referenced case:

1. The above-named debtor will be able to make all payments under the plan and to comply with the plan.

2. The above-named debtor has paid all post -petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtor has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtors, counsel certifies that debtors was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

Date:  10/19/2020                                          By: /s/  Brian C. Eves, Esq
                                                                          Counsel for Debtor
                                                                          PA Bar ID 92705
                                                                          3805 Old Easton Rd
                                                                          Doylestown, PA 18902
                                                                          215-200-6389