**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ; | Chapter 13 |
| | ; | |
| **Khalid Mulusa Rajab** | ; | |
| | ; | 20- 10638-elf |
| Debtor | ; | |
| | ; | |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Brian C Eves, Esquire has filed an Application for Compensation related to the above captioned Chapter 13 Action.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at:

    > Clerk of Court
    > Timothy B. McGrath
    > Robert N.C. Nix, Sr. Federal Courthouse
    > 900 Market St.
    > Suite 400
    > Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:
    Brian C. Eves, Esq.
    PO Box 0713
    New Hope, PA 18938-0713
    (215) 200-6389

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.      A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on :

           Not applicable

           Robert N.C. Nix, Sr. Federal Courthouse
           900 Market St.
           Suite 400
           Philadelphia, PA 19107

    4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.


US Bankruptcy Court                                      For The Court
900 Market Street
Philadelphia, Pa 19107                                  Timothy B. McGrath
                                                      Clerk of Court