# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ; Chapter 13 |
| | ; |
| **Khalid Mulusa Rajab** | ; |
| | ; 20- 10638-elf |
| **Debtor** | ; |
| | ; |

**CERTIFICATION OF NO OBJECTION TO THE AMENDED FIRST APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR DEBTOR'S COUNSEL FOR THE PERIOD OF JANUARY 6, 2020 THROUGH OCTOBER 21, 2020**

I, Brian C. Eves, Esquire, hereby certify that a copy of the Notice of the First Application for Compensation and Reimbursement of expenses for Debtors' Counsel Brian C. Eves, Esquire, for the period of January 6, 2020 through October 21, 2020 (the "Fee Application", Docket No.59), was served on December 15, 2020, upon the Office of the U.S. Trustee, all parties filing an entry of appearance and requests for notice pursuant to Fed.R.Bankr.P. 2002, all creditors and other interested parties. No objection or other responsive pleading has been filed and that the time for serving and filing any such objection or other responsive pleading has expired.

WHEREFORE, Counsel to the Debtors respectfully requests that the Fee Application be approved.

Respectfully submitted,

DATED:    December 30, 2020        By:      /s/ Brian C. Eves
                                                      Brian C. Eves, Esquire
                                                      PA Bar ID 92705
                                                      Attorney  (Debtor)
                                                      PO Box 0713
                                                      New Hope, PA 18938
                                                      (215) 200-6389