**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | ; | Chapter 13 |
|---|---|---|
|  | ; |  |
| Khalid Mulusa Rajab | ; |  |
|  | ; | 20- 10638-elf |
| Debtor | ; |  |
|  | ; |  |

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtors' counsel Brian C. Eves ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,000.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the outstanding unpaid balance of $2,800.00, to be paid through the confirmed Bankruptcy Plan by the Trustee to Brian C. Eves, Esquire.

**Date:** 12/31/20

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE