**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
KHALID MULUSA RAJAB

Chapter 13

Debtor

Bankruptcy No. 20-10638-ELF

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: May 4, 2021

Honorable Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
BRIAN C EVES ESQ  
P.O. BOX 0713

NEW HOPE, PA 18938-0713

Debtor:  
KHALID MULUSA RAJAB

300 GOLF RD.

DARBY, PA 19023-