United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-10638-elf |
|---|---|
| Khalid Mulusa Rajab | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Khalid Mulusa Rajab, 300 Golf Road, Darby, PA 19023-1319 |
| 14460977 | + | Aafcu, Pob 619001, Dallas, TX 75261-9001 |
| 14460984 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14460989 | | Clearview Federal Cu, 1453 Beers School, Coraopolis, PA 15108 |
| 14460991 | | Elan Fin Svc, Cb Disputes, Saint Louis, MO 63166 |
| 14485274 | | Emergency Care Service of PA, P.C., PO Box 1123, Minneapolis, MN 55440-1123 |
| 14472505 | + | Franklin Mint Federal Credit Union, Robert J. Crawley, Esquire, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14464557 | + | Franklin Mint Federal Credit Union, c/o Robert J. Crawley, Esq., 1835 Market Street, Suite 1400, Philadelphia PA 19103-2945 |
| 14464556 | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esq., 1835 Market Street, Suite 1400, Philadelphia PA 19103-2945 |
| 14461004 | + | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14461007 | + | Ok Student Loan Author, 525 Central Park Drive, Oklahoma City, OK 73105-1723 |
| 14461014 | + | Police &fire, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14461017 | + | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14479926 | + | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14461026 | + | Simmons Bank, P.o.b 6609, Pine Bluff, AR 71611-6609 |
| 14474564 | + | TD Bank, N.A., c/o Martin A. Mooney, Esq., 950 New Loudon Road, Suite 109, Latham, NY 12110-2190 |
| 14461034 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, toyota financial services, p.o box 5855, carol stream, IL 60197-5855 |
| 14490172 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14493962 | + | Toyota Motor Credit Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14461037 | | Wffnb/raymour & Faniga, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 14460985 | | bli rentals, p.o box 66801, emporia, KS 66801 |
| 14460986 | + | borough of darby, p.o box 604, media, PA 19063-0604 |
| 14460993 | + | fafsa, P.O. Box 7652, london, KY 40742-7652 |
| 14460998 | | home deport, p.o box 182676, columbus, OH 43218-2676 |
| 14460999 | | hrrg, p.o box 8486, coral springs, FL 33075-8486 |
| 14461002 | + | katzkin, 6868 w. acco street, montebello, CA 90640-5441 |
| 14461003 | | labcorp of american, p.o box 2240, burlington, NC 27216-2240 |
| 14461005 | + | monarch recovery management, p.o box 986, bensalem, PA 19020-0986 |
| 14461006 | + | mrrsllc, p.o box 1391, media, PA 19063-8391 |
| 14461011 | + | paypal, p.o box 986, bensalem, PA 19020-0986 |
| 14461012 | | pffcu, p.o box 37603, philadelphia, PA 19101-0603 |
| 14461024 | | school taxes, p.o box 8205, philadelphia, PA 19170-8205 |
| 14461025 | | simmons bank, p.o box 6609, pine bluff, AZ 71611-6609 |
| 14461035 | | unemployment center, p.o box 67503, harrisburg, PA 17106-7503 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 05 2021 04:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |

Case 20-10638-elf    Doc 71    Filed 05/06/21    Entered 05/07/21 00:52:18    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 05 2021 04:04:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 05 2021 04:04:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14473904 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 05 2021 04:04:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14460978 | + | Email/Text: backoffice@affirm.com | May 05 2021 04:04:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14491660 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 03:26:12 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14481111 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 05 2021 03:27:38 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14460987 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 03:26:09 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14460988 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 03:26:12 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14460990 | + | Email/Text: bankruptcy@credencerm.com | May 05 2021 04:04:00 | Credence Resource Mana, Po Box 2300, Southgate, MI 48195-4300 |
| 14460995 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | May 05 2021 04:04:00 | Franklin Mint Fcu Il, 5 Hillman Drive, Chadds Ford, PA 19317 |
| 14460994 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | May 05 2021 04:04:00 | fmfcu, 5 hillman drive ste 100, chadds ford, PA 19317 |
| 14461000 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 05 2021 04:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14485508 | + | Email/Text: bankruptcydpt@mcmcg.com | May 05 2021 04:04:00 | Midland Credit Management, Inc., PO Box 2011, Warren, MI 48090-2011 |
| 14465887 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 05 2021 04:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14486084 | | Email/Text: bnc-quantum@quantum3group.com | May 05 2021 04:04:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14461028 | + | Email/Text: consumerlending@sunfcu.org | May 05 2021 04:04:00 | Sun Federal Credit Uni, 1627 Holland Rd, Maumee, OH 43537-1622 |
| 14461029 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2021 03:26:52 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14461030 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2021 03:27:34 | Syncb/lumber Liquidato, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14461031 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2021 03:27:34 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 14492534 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2021 03:27:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14467240 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 05 2021 03:26:13 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14493225 | | Email/Text: bankruptcy@td.com | May 05 2021 04:04:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 14461032 | | Email/Text: bankruptcy@td.com | May 05 2021 04:04:00 | Td Bank N.a., Po Box 219, Lewiston, ME 04243 |
| 14461033 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 03:26:12 | Thd/cbna, Po Box 6497, Sioux Falls, SD |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| 14460992 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | 57117-6497 |
| | | | May 05 2021 04:04:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 14461036 | + | Email/Text: bnc-bluestem@quantum3group.com | May 05 2021 04:04:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14460997 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 05 2021 04:04:00 | gm financial, p.o box 183834, arlington, TX 76096-3834 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14460981 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14460982 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14460983 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14460979 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14460980 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14460996 | *P++ | FRANKLIN MINT FCU ERIN MOORE, ATTN MEMBER SOLUTIONS, 5 HILLMAN DRIVE, SUITE 100, CHADDS FORD PA 19317-9752, address filed with court:, Franklin Mint Fcu Il, 5 Hillman Drive, Chadds Ford, PA 19317 |
| 14461008 | *+ | Ok Student Loan Author, 525 Central Park Drive, Oklahoma City, OK 73105-1723 |
| 14461009 | *+ | Ok Student Loan Author, 525 Central Park Drive, Oklahoma City, OK 73105-1723 |
| 14461010 | *+ | Ok Student Loan Author, 525 Central Park Drive, Oklahoma City, OK 73105-1723 |
| 14461015 | *+ | Police &fire, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14461016 | *+ | Police &fire, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14461018 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14461019 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14461020 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14461021 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14461022 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14461023 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14461027 | *+ | Simmons Bank, P.o.b 6609, Pine Bluff, AR 71611-6609 |
| 14461001 | * | irs, irs, fresno, CA 93888-0419 |
| 14461013 | * | pffcu, p.o box 37603, philadelphia, PA 19101-0603 |

TOTAL: 0 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN C. EVES | |

| | |
|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 62 |

on behalf of Debtor Khalid Mulusa Rajab BrianEvesLaw@gmail.com

CORINNE SAMLER BRENNAN
   on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com swenitsky@klehr.com

MARTIN A. MOONEY
   on behalf of Creditor TD BANK N.A. lgadomski@schillerknapp.com, kcollins@schillerknapp.com

REBECCA ANN SOLARZ
   on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

ROBERT J. CRAWLEY
   on behalf of Creditor Franklin Mint Federal Credit Union rcrawley@klehr.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
   on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
   ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
KHALID MULUSA RAJAB

Chapter 13

Debtor

Bankruptcy No. 20-10638-ELF

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: May 4, 2021

_____
Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRIAN C EVES ESQ
P.O. BOX 0713

NEW HOPE, PA 18938-0713

Debtor:
KHALID MULUSA RAJAB

300 GOLF RD.

DARBY, PA 19023-