KHALID M. RAJAB

6519 STANTON DRIVE,

APT 102, CHARLLOTTE NC 28216

---

TO WHOME IT MAY CONCERN,

I have a bankruptcy showing on my credit report. I asked the credit bureau to validate the information and they claimed it is through you.

**CAN YOU PLEASE CONFIRM OR DENY THAT YOUR OFFICE REPORTED THIS BANKRUPTCY TO THE BUREAUS?**

I was not aware that the U. S courts reported information with the credit bureaus. Please respond back to the above address.

Thank you,

Khalid Rajab.