Date:27/dec/2024

Dear Bankruptcy Court: case number 20-10638

A recent issue has come to my attention concerning my credit report. It turns out

that Experian, Transunion, Equifax, and LexisNexis and other agencies are making claims

that your courts have released to them information on a Bankruptcy in my name.

Please confirm whether you have released such information to any of the credit bureaus or

agencies who report to the credit bureaus.

I have enclosed a self-address stamped envelope for your convenience. I have also enclosed

two forms of ID to verify my identity.

Thank you so much for your assistance and time in this matter.

Name: Khalid M. Rajab

Current address: 3131 meetinghouse rd. U-8

Upper Chichester pa 19061

SSN: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

Date of birth:04-17-1984.

JAN - 7 2025

Date:27/dec/2024

Dear Bankruptcy Court: case number 20-10638

A recent issue has come to my attention concerning my credit report. It turns out

that Experian, Transunion, Equifax, and LexisNexis and other agencies are making claims

that your courts have released to them information on a Bankruptcy in my name.

Please confirm whether you have released such information to any of the credit bureaus or

agencies who report to the credit bureaus.

I have enclosed a self-address stamped envelope for your convenience. I have also enclosed

two forms of ID to verify my identity.

Thank you so much for your assistance and time in this matter.

Name: Khalid M. Rajab

Current address: 3131 meetinghouse rd. U-8

Upper Chichester pa 19061

SSN: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

Date of birth:04-17-1984.

JAN - 7 2025



SOCIAL SECURITY

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

THIS NUMBER HAS BEEN ESTABLISHED FOR

KHALID MUSA RAJAB

SIGNATURE    03/02/2017